UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE PEAGLER,<br><br>Defendant. | Hon Freda L. Wolfson U.S.D.J<br><br>Crim. No. 08-197 (FLW)<br><br>CONSENT ORDER AMENDING<br>CONDITIONS OF RELEASE |

THIS MATTER having been opened to the Court upon the application of Defendant, Jesse Peagler, by his attorney Stephen J. Taylor, Esq., with the consent of the United States, Christopher J. Christie, United States Attorney for the District of New Jersey (James T. Kitchen, Assistant U.S. Attorney, appearing), for an Order pursuant to Title 18, United States Code, Section 3142 c (3) amending the conditions of release, the Court having considered this application, the consent of the United States evidenced by the signature of A.U.S.A James T. Kitchen, and for good cause shown;

IT IS on this 15th day of May, 2008;

ORDERED that the Order Setting Conditions of Release entered on December 27, 2007, as amended on April 14, 2008, is hereby modified in part to permit the Defendant Jesse Peagler to temporarily leave his home at 5 Thompson Street, Trenton New Jersey on Sundays to attend religious services in the company of his mother Mae Peagler, said religious services occurring

between 12:00 p.m. and 2:00 p.m. at the New Hope Church of God in Christ, 105 Logan Avenue at Walnut, Trenton, New Jersey; provided,

1. that Defendant Jesse Peagler shall travel directly from his home to the religious services at the New Hope Church of God in Christ and return home immediately after the services have concluded;

2. that Defendant Jesse Peagler shall remain at all times in the custody of, and under the supervision of, his mother Mae Peagler while attending the religious services; and

3. that Defendant Jesse Peagler follow any other conditions that may be set by Pretrial Services;

It is further ORDERED that the remaining conditions of release shall remain in full force and effect;

It is further ORDERED that a violation of any of the foregoing conditions of release may result in immediate issuance of a revocation of release and an order of detention.

_____
The Honorable Freda L. Wolfson,
U.S. District Judge

I hereby consent to the entry of this Order
Modifying Conditions of Release

_____     Date: 5/15/08
James T. Kitchen
Assistant U.S. Attorney

H:\Steve\Criminal\Active_Pending\Jesse Peagler (CJA)\Consent Order - Amend ReleaseIII.doc