UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JESSE PEAGLER,<br><br>              Defendant. | Hon Freda L. Wolfson U.S.D.J<br><br>Crim. No. 08-197 (FLW)<br><br>CONSENT ORDER AMENDING<br>CONDITIONS OF RELEASE |

THIS MATTER having been opened to the Court upon the application of Defendant, Jesse Peagler, by his attorney Stephen J. Taylor, Esq., with the consent of the United States, Christopher J. Christie, United States Attorney for the District of New Jersey (James T. Kitchen, Assistant U.S. Attorney, appearing), for an Order pursuant to Title 18, United States Code, Section 3142 c (3) amending the conditions of release, the Court having considered this application;

IT IS on this 29th day of September 2008;

ORDERED that the Order Setting Conditions of Release entered on December 27, 2007, as amended on April 14, 2008, is hereby modified in part to permit the Defendant Jesse Peagler to temporarily leave his home at 5 Thompson Street, Trenton, New Jersey during daylight hours Monday through Friday to attend high school at Daylight/Twilight High School in Trenton, New Jersey; provided,

1. That Defendant Jesse Peagler shall travel directly from his home to Daylight/Twilight High School and return home immediately after the services have concluded; and

2. That Defendant Jesse Peagler follow any other conditions that may be set by Pretrial Services;

It is further ORDERED that the remaining conditions of release shall remain in full force and effect;

It is further ORDERED that a violation of any of the foregoing conditions of release may result in immediate issuance of a revocation of release and an order of detention.

_____
The Honorable Freda L. Wolfson,
U.S. District Judge

H:\Steve\Criminal\Active_Pending\Jesse Peagler (CJA)\Consent Order - Amend Release IV.doc