UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. FREDA L. WOLFSON |
| v. | : Criminal No. 08-197 (FLW) |
| JESSIE PEAGLER | : |

CONTINUANCE ORDER

This matter having been opened to the Court on the application of Stephen J. Taylor, Esq., attorney for JESSIE PEAGLER for an order [1] continuing the date for trial of this case, [2] modifying the previously established schedule for the filing and disposition of motions, and [3] tolling the provisions of the Speedy Trial Act of 1974; and

Stephen J. Taylor, Esq., having made this application to the Court because [1] he is currently in trial before the Honorable Mary L. Cooper, and [2] he needs to consult with the defendant in preparation for the entry of a guilty plea; and

The United States of America (Assistant United States Attorney James T. Kitchen, appearing) having no objection to Stephen Taylor, Esq.'s application; and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that the relief requested by the defendant and STEPHEN TAYLOR, Esq. should be granted for the following reasons:

1. It is in the interest of defendant JESSIE PEAGLER and

the public to ensure that his attorney, Mr. STEPHEN J. TAYLOR, Esq., has a reasonable period of time to consult with JESSIE PEAGLER in preparation for a guilty plea; and

2. The failure to grant such a continuance under the circumstances would likely result in a miscarriage of justice;

3. That, under the circumstances, the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

IT IS FURTHER THE FINDING OF THIS COURT that pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 6th day of October, 2008

IT IS ORDERED that from the date this Order is entered up to and including December 5th, 2008, shall be excluded in computing time under the Speedy Trial Act of 1974 pursuant to the provisions of Title 18, United States Code, Section 3161(h)(8)(A).

_____
HONORABLE FREDA L. WOLFSON
United States District Judge

2

Consented to by:


_____
Jessie Peagler
Defendant

_____
Stephen N. Taylor, Esq.
Attorney for Jessie Peagler


_____
James T. Kitchen
Assistant U.S. Attorney