UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Mag. No. 08-197 (FLW) |
| v. | : |
| JESSIE PEAGLER | : <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with possession with the intent to distribute crack cocaine, in violation of Title 21, United States Code, Section 841, having been filed on March 12, 2008; and the defendant having appeared before the Court for an arraignment on March 25, 2008; and the defendant having been represented by Stephen J. Taylor, Esq.; and bail having been set by the Court; and the defendant and his counsel being aware that a trial ordinarily must commence within seventy (70) days of defendant's arraignment on this charge, pursuant to Title 18, United States Code, Section 3161(c); and four continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the defendant hereby requests a fifth continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the time necessary for the defendant to enter his guilty plea pursuant to a plea agreement; the Government having agreed to this continuance; and for good cause shown;

IT IS on this  9th  day of March, 2009,

ORDERED that from the date this Order is entered, to and including April 6, 2009, shall be excluded in calculating the time within which a trial must commence under the Speedy Trial Act for the following reasons:

1. The defendant, through his counsel, has requested additional time in order to enter his guilty plea pursuant to a plea agreement reached by the parties and thereby avoid a possible trial.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
James T. Kitchen
Assistant U.S. Attorney

_____
Stephen J. Taylor
Counsel for Jessie Peagler

_____
Jessie Peagler
Defendant

_____
HONORABLE FREDA L. WOLFSON
United States District Judge