# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon Freda L. Wolfson U.S.D.J** |
| **Plaintiff,** | |
| v. | **Crim. No. 08-197 (FLW)** |
| **JESSE PEAGLER,** | |
| **Defendant.** | **ORDER AMENDING VOLUNTARY SURRENDER DATE** |

THIS MATTER having been opened to the Court upon the application of Defendant, Jesse Peagler, by his attorney Stephen J. Taylor, Esq., with the consent of the United States, Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (James T. Kitchen, Assistant U.S. Attorney, appearing), for an Order amending the Defendant's voluntary surrender date established by the Federal Bureau of Prisons in order to permit the Defendant to finish the current college semester, the Court having considered this application, the consent of the United States' Attorney's Office and for good cause shown;

IT IS on this _14th_ day of August 2009;

**ORDERED** that the Defendant's voluntary surrender date of *August 17, 2009*, as designated by the Federal Bureau of Prisons and reflected in a notice dated August 10, 2009 issued by the Probation Office, District of New Jersey (a copy of which is affixed to this Order), is hereby amended to permit the Defendant Jesse Peagler to complete the current college semester which ends on or about August 18, 2009;

**IT IS FURTHER ORDERED** that Defendant Jesse Peagler is to **voluntarily surrender to the designated institution, USP Lewisburg, 2400 Robert F. Miller Drive, R.D. #5 PA 17837, at or before NOON on Monday August 24, 2009;**

**IT IS FURTHER ORDERED** that a failure to comply with this Order will result in the institution considering Defendant Jesse Peagler to be a fugitive; and

**IT IS FURTHER ORDERED** that a copy of this **ORDER** shall be served immediately on the U.S. Marshal for this District to be transmitted to the Federal Bureau of Prisons, the Defendant Jesse Peagler through his counsel and the Office of the United States Attorney.

The Honorable Freda L. Wolfson,
U.S. District Judge

C:\Documents and Settings\JGore\Local Settings\Temp\notes6030C8\Order - Amending Vol Surrender Date 8.13.09.doc